IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

HARCO NATIONAL INSURANCE
COMPANY,

    Plaintiff,

  v.                                          No. 1:20-cv-01017-JDB-jay

VOLUNTEER INTERNATIONAL, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 83.13(b), the parties in the above-captioned cause have stated unto the Court that all issues have been resolved by way of compromise and jointly stipulated to the dismissal of this action with prejudice.

It is therefore ORDERED, ADJUDGED, AND DECREED that any and all existing or potential claims in this cause are hereby DISMISSED in their entirety with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED this 28th day of July 2020.

                                                      s/ J. DANIEL BREEN
                                                    UNITED STATES DISTRICT JUDGE