# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

JUDGMENT IN A CIVIL CASE

HARCO NATIONAL INSURANCE
COMPANY,

    Plaintiff,

                                      CASE NUMBER: 1:20-cv-1017-JDB-jay

v.

VOLUNTEER INTERNATIONAL, INC.,

    Defendant.

**Decision by Court.**   This action came before the Court and the issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered in the above-styled matter on 7/28/2020, any and all existing or potential claims in this cause are hereby DISMISSED in their entirety with prejudice, with each party to bear its own costs and attorneys' fees.

**APPROVED:**

                                                            <u>**s/J. Daniel Breen**</u>
                                                             **United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**